| | |
|---|---|
| William R. Brenske<br>Jennifer R. Andreevski<br>Ryan D. Krametbauer<br>BRENSKE & ANDREEVSKI<br>3800 Howard Hughes Parkway,<br>Suite 500<br>Las Vegas, NV 89169<br>T: (702) 385-3300<br>F: (702) 385-3823<br>E: wbrenske@hotmail.com<br>*Counsel for Plaintiff* | Julie A. Callsen<br>Brandon D. Cox<br>TUCKER ELLIS LLP<br>950 Main Avenue<br>Suite 1100<br>Cleveland, OH 44113<br>T: 216.592.5000<br>F: 216.592.5009<br>E: julie.callsen@tuckerellis.com;<br>brandon.cox@tuckerellis.com<br>*Counsel for Defendant Accord Healthcare, Inc.* |
| Harley V. Ratliff<br>Adrienne L. Byard<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>T: (816) 474-6550<br>F: (816) 421-5547<br>E: hratliff@shb.com; abyard@shb.com<br>*Counsel for Defendants Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc.* | Mark S. Cheffo<br>Mara Gonzalez Cusker<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>T: (212) 849-7000<br>F: (212) 849-7100<br>E: markcheffo@quinnemanuel.com;<br>maracuskergonzalez@quinnemanuel.com<br>*Counsel for Defendants Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Hospira Inc., and Pfizer Inc.* |
| | Lori G. Cohen<br>R. Clifton Merrell<br>Evan Holden<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, Georgia 30305<br>T: (678) 553-2100<br>F: (678) 553-2100<br>E: cohenl@gtlaw.com; merrellc@gtlaw.com;<br>holdene@gtlaw.com<br>*Counsel for Defendant Sandoz Inc.* |

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE

3766646.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VIVIAN WEBER,

        Plaintiff,

v.

SANOFI, S.A., et. al.

        Defendants.

Case No. 2:18-cv-00276

**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**
(FIRST REQUEST)

    Plaintiff Joanna Pollard and Defendants Sanofi US Services, Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Sandoz Inc. stipulate to an extension of time for Defendants to leave or plead.

    On February 14, 2018, Plaintiff Vivian Weber ("Plaintiff") filed her Complaint in this Court. On May 10, 2018, Plaintiff served Defendants Sanofi US Services, Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Hospira, Inc. On May 11, 2018, Plaintiff served Defendant Accord Healthcare, Inc. On May 14, 2018, Plaintiff served Defendant Sandoz Inc. On May 15, 2018, the case was included on a Notice of Potential Tag-Along to MDL No. 2740, *In re Taxotere (Docetaxel). See In re: Taxotere (Docetaxel) Prods. Liab. Litig.*, MDL 2740 (J.P.M.L. May 15, 2018), ECF No. 463. On May 25, 2018, the Judicial Panel on Multidistrict Litigation included the case on finalized Conditional Transfer Order 43 because it "involve[d] questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Milazzo." *Id.* (J.P.M.L. May 25, 2018), ECF No. 484. Thus, transfer of the case to MDL 2740 is imminent.

    Pursuant to Fed. R. Civ. P. 6 and LR IA 6-1, the parties agree that Defendants' deadline to respond or otherwise plead in response to Plaintiff's complaint in the District of Nevada is July 2, 2018. This is the first request for an extension the parties have made. Parties have included the attached form order below pursuant to LR IA 6-2.

DATED: May 31, 2018

| | |
|---|---|
| /s/ William R. Brenske | /s/ Evan Holden |
| William R. Brenske | Lori G. Cohen |
| Jennifer R. Andreevski | R. Clifton Merrell |
| Ryan D. Krametbauer | Evan Holden |
| BRENSKE & ANDREEVSKI | GREENBERG TRAURIG, LLP |
| 3800 Howard Hughes Parkway, Suite 500 | Terminus 200 |
| Las Vegas, NV 89169 | 3333 Piedmont Road, NE, Suite 2500 |
| T: (702) 385-3300 | Atlanta, Georgia 30305 |
| F: (702) 385-3823 | T: (678) 553-2100 |
| E: wbrenske@hotmail.com | F: (678) 553-2100 |
| *Counsel for Plaintiff* | E: cohenl@gtlaw.com; merrellc@gtlaw.com; holdene@gtlaw.com |
| | *Counsel for Defendant Sandoz Inc.* |

| | |
|---|---|
| /s/ Harley V. Ratliff | /s/ Mara Cusker Gonzelez |
| Harley V. Ratliff | Mark S. Cheffo |
| Adrienne L. Byard | Mara Cusker Gonzalez |
| SHOOK, HARDY & BACON LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2555 Grand Boulevard | 51 Madison Avenue, 22nd Floor |
| Kansas City, Missouri 64108 | New York, New York 10010 |
| T: (816) 474-6550 | T: (212) 849-7000 |
| F: (816) 421-5547 | F: (212) 849-7100 |
| E: hratliff@shb.com; abyard@shb.com | E: markcheffo@quinnemanuel.com; maracuskergonzalez@quinnemanuel.com |
| *Counsel for Defendants Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc.* | *Counsel for Defendants Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer Inc.* |

/s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
T: (216) 592-5000
F: (216) 592-5009
E: julie.callsen@tuckerellis.com;
brandon.cox@tuckerellis.com
*Counsel for Defendant Accord Healthcare, Inc.*

IT IS SO ORDERED:

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 06/01/2018

---

3

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE

3766646.1